

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2015

No. 04-15-00153-CV

Tina M. Allen **SOUZA**,
Appellant

v.

Heather Clement **TESSMER**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15319
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

In this accelerated appeal, on May 1, 2015, we granted Appellant's first motion for extension of time to file Appellant's brief until May 18, 2015—for an extension of twenty days. On the due date, Appellant moved this court for an additional ten-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on May 28, 2015. *See* TEX. R. APP. P. 38.6(d). No further extensions of time to file Appellant's brief will be granted.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court